UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:19-CV-80244-ROSENBERG

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

CASTLEBERRY FINANCIAL SERVICES GROUP,
LLC, T. JONATHON TURNER, f/k/a "JON BARRI
BROTHERS," and NORMAN M. STRELL,

Defendants,

and

CASTLEBERRY ALL SPORTS SERVICES GROUP,
INC., SUZANNE L. STRELL, and NORMAN M. STRELL
REVOCABLE TRUST,

Relief Defendants.
_____/

## ORDER GRANTING PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S UNOPPOSED MOTION FOR PRELIMINARY INJUNCTION AND OTHER RELIEF

This cause comes before the Court upon the Unopposed Motion by Plaintiff Securities and Exchange Commission for the entry of an Order of Preliminary Injunction and Other Relief against Defendants Castleberry Financial Services, LLC, T. Jonathan Turner, and Norman M. Strell, and Relief Defendants Castleberry All Sports Services Group, Inc., Suzanne L. Strell, and Norman M. Strell Revocable Trust. The Court finds that good cause exists for the Court to grant the Commission's Motion. In addition, by the Consents to the entry of an Order of Preliminary Injunction and Other Relief annexed hereto, without admitting or denying any of the allegations in the Complaint filed by the Commission, except that Defendants and Relief Defendants admit the allegation as to the jurisdiction of this Court over them and the subject matter of this action,

Defendants and Relief Defendants have agreed to the entry of this Order of Preliminary Injunction and Other Relief. Accordingly, the motion is **GRANTED**, and the Court hereby orders as follows:

## I.
## PRELIMINARY INJUNCTION

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that until further Order of the Court:

### A. Section 17(a) of the Securities Act

**IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED** that each of the Defendants is restrained and enjoined from violating Section 17(a) of the Securities Act of 1933 (the "Securities Act") [15 U.S.C. § 77q(a)] in the offer or sale of any security by the use of any means or instruments of transportation or communication in interstate commerce or by use of the mails, directly or indirectly:

(a) to employ any device, scheme, or artifice to defraud;

(b) to obtain money or property by means of any untrue statement of a material fact or

any omission of a material fact necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; or

(c) to engage in any transaction, practice, or course of business which operates or would operate as a fraud or deceit upon the purchaser;

by, directly or indirectly (i) creating a false appearance or otherwise deceiving any person, or (ii) disseminating false or misleading documents, materials, or information or making, either orally or in writing, any false or misleading statement in any communication with any investor or prospective investor; about: (A) any investment in or offering of securities, (B) the registration status of such offering or of such securities, (C) the prospects for success of any product or company, (D) the use of investor funds, or (E) the misappropriation of investor funds or investment proceeds.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that, as provided in Federal Rule of Civil Procedure 65(d)(2), the foregoing paragraph also binds the following who receive actual notice of this Order of Preliminary Injunction by personal service or otherwise: (a) any of the Defendants' officers, agents, servants, employees, and attorneys; and (b) other persons in active concert or participation with any Defendant or with anyone described in (a).

### B.  Section 10(b) and Rule 10b-5 of the Exchange Act

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that each of the Defendants is restrained and enjoined from violating, directly or indirectly, Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act") [15 U.S.C. § 78j(b)] and Rule 10b-5 promulgated thereunder [17 C.F.R. § 240.10b-5], by using any means or instrumentality of interstate commerce, or of the mails, or of any facility of any national securities exchange, in connection with the purchase or sale of any security:

(a) to employ any device, scheme, or artifice to defraud;

(b) to make any untrue statement of a material fact or to omit to state a material fact necessary in order to make the statements made, in the light of the circumstances under which they were made, not misleading; or

(c) to engage in any act, practice, or course of business which operates or would operate as a fraud or deceit upon any person;

by (i) creating a false appearance or otherwise deceiving any person, or (ii) disseminating false or misleading documents, materials, or information or making, either orally or in writing, any false or misleading statement in any communication with any investor or prospective investor, about: (A) any investment in or offering of securities, (B) the registration status of such offering or of such securities, (C) the prospects for success of any product or company, (D) the use of investor funds, or (E) the misappropriation of investor funds or investment proceeds.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that, as provided in Federal Rule of Civil Procedure 65(d)(2), the foregoing paragraph also binds the following who receive actual notice of this Order of Preliminary Injunction by personal service or otherwise: (a) any of the Defendants' officers, agents, servants, employees, and attorneys; and (b) other persons in active concert or participation with any Defendant or with anyone described in (a).

## II.
### ASSET FREEZE

**IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED** that until further Order of the Court:

- A. Defendants and Relief Defendants and their respective directors, officers, agents, servants, employees, attorneys, depositories, banks, and those persons in active concert or participation with any one or more of them, and each of them, who receive notice of this order by personal service, mail, email, facsimile transmission or otherwise, be and hereby are, restrained from, directly or indirectly, transferring, setting off, receiving, changing, selling, pledging, assigning, liquidating or otherwise disposing of, or withdrawing any assets or property, including but not limited to cash, free credit balances, fully paid for securities, personal property, real property, and/or property pledged or hypothecated as collateral for loans, or charging upon or drawing from any lines of credit, owned by, controlled by, or in the possession of, whether jointly or singly, and wherever located; and
- B. Any financial or brokerage institution or other person or entity holding any such funds or other assets, in the name, for the benefit or under the control of Defendants or Relief Defendants, directly or indirectly, held jointly or singly, and wherever located, and which receives actual notice of this order by personal service, mail, email, facsimile, or otherwise, shall hold and retain within its control and prohibit the withdrawal, removal, transfer, disposition, pledge, encumbrance, assignment, set off, sale, liquidation, dissipation, concealment, or other disposal of any such funds or other assets.

## III.

**RECORDS PRESERVATION**

**IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED** that until further Order of the Court, Defendants and Relief Defendants and any of their respective directors, officers, agents, servants, employees, attorneys, depositories, banks, and those persons in active concert or participation with any one or more of them, and each of them, be and they hereby are restrained and enjoined from, directly or indirectly, destroying, mutilating, concealing, altering, disposing of, or otherwise rendering illegible in any manner, any of the books, records, documents, correspondence, brochures, manuals, papers, ledgers, accounts, statements, obligations, files and other property of or pertaining to Defendants or Relief defendants, wherever located and in whatever form, electronic or otherwise.

**IV.**

**RETENTION OF JURISDICTION**

**IT IS HEREBY FURTHER ORDERED** that this Court shall retain jurisdiction over this matter and the Defendants and Relief Defendants in order to implement and carry out the terms of all Orders and Decrees that may be entered and/or to entertain any suitable application or motion for additional relief within the jurisdiction of this Court, and will order other relief that this Court deems appropriate under the circumstances.

**DONE AND ORDERED** this 8th day of March 2019, at West Palm Beach, Florida.

UNITED STATES DISTRICT JUDGE
**ROBIN L. ROSENBERG**

Copies: All Counsel and Parties of Record